UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TINA SCOTT                                              CIVIL ACTION

VERSUS                                                    NO. 24-2949

ESSENTIA INSURANCE COMPANY                       SECTION "R"

## ORDER AND REASONS

Before the Court is a motion for dismissal without prejudice.[1] This Court's Order of Dismissal of December 16, 2025, dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2] Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice, the Court **DISMISSES** the motion to dismiss without prejudice **AS MOOT.**

New Orleans, Louisiana, this 2nd day of July, 2026.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 16.
[2]     R. Doc. 15.

1